IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-401-RLV-DCK

| | |
|---|---|
| EARL KELLEY LANE, Executor of the Estate of Lucile H. Lane, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | **ORDER** |
| ENDURANCE AMERICAN SPECIALTY INSURANCE COMPANY, ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 18) concerning Matthew John Burkhart, filed January 5, 2011. Mr. Burkhart seeks to appear as counsel *pro hac vice* for Defendant Endurance American Specialty Insurance Company.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Burkhart is admitted to appear before this court *pro hac vice* on behalf of Defendant Endurance American Specialty Insurance Company.

Signed: January 5, 2011

David C. Keesler
United States Magistrate Judge